

MICHAEL H. MURRAY
SB# 120921
Law Offices of Michael H. Murray
1989A Santa Rita Road #238
Pleasanton, CA 94566
(925) 998-3558

**RECEIVED**
AUG - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorney for Defendant
ALBERT JOSEPH MALBROUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-40143-03 DLJ |
| Plaintiff, | STIPULATION/[~~PROPOSED~~] ORDER DELETING $21,000 FINE FROM MARCH 18, 2003, JUDGMENT IN A CRIMINAL CASE |
| v. | |
| ALBERT JOSEPH MALBROUGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between AUSA Kimberly Briggs and Michael H. Murray, attorneys respectively for the plaintiff and defendant herein, as follows:

1. When Albert Malbrough was arrested, the Alameda County Drug Task Force discovered and seized from the defendant's home $21,000 cash as the suspected proceeds of narcotics trafficking. Defendant Malbrough did not contest the forfeiture of these funds.

2. On March 14, 2003, when this court imposed judgment, it ordered, <u>inter alia</u>, a fine of $21,000. The court specifically noted on page 7 of the Judgment In A Criminal Case, under Section E, "Special instructions regarding the payment of criminal monetary penalties," that "[t[he $21,000 cash seized in this case is to go toward the payment of the fine."

3. Albert Malbrough is serving his ten-year term of incar-

STIPULATION/[PROPOSED] ORDER

COPIES MAILED TO FS a
PARTIES OF RECORD
All USMS, PROBATION, FINANCIAL

ceration at the new federal correctional complex located in Atwater, California. As is the case with many federal inmates, the defendant is availing himself of both educational and employment opportunities during the service of his sentence.

4. Earlier this year Mr. Malbrough's undersigned CJA attorney was notified by members of the defendant's family that monies were being withheld from his earnings and remitted to the Clerk of this court to satisfy monetary penalties arising from the March 2003 judgment.

5. In June 2007 defense counsel spoke by phone with a member of the Financial Section staff of the Clerk's office. Counsel was informed that the $100 special assessment had been paid in November 2003 and that the defendant's in-custody wages were being garnished solely to satisfy the $21,000 fine.

6. Defense counsel reviewed the foregoing facts with AUSA Kimberly Briggs, the prosecutor in charge of this case, and the parties agreed that the $21,000 fine appears to the Clerk to be unpaid because the $21,000 in question was seized by, and forfeited to, the Alameda County Drug Task Force rather than by any federal law enforcement agency that could have turned the funds over to the Clerk to satisfy the fine.

7. In light of these facts, and in an attempt to effect an equitable outcome consistent with this court's ostensible intent, counsel for the government and for defendant Malbrough join in respectfully requesting that the court delete the $21,000 fine imposed in its March 18, 2003, Judgment In A Criminal Case.

STIPULATION/[PROPOSED] ORDER

1  Dated: ~~July~~ August 3, 2007 ___, 2007.

 _____
 AUSA KIMBERLY BRIGGS
 Attorney for Plaintiff
 UNITED STATES OF AMERICA

4  Dated: July 24, 2007.

 _____
 MICHAEL H. MURRAY
 Attorney for Defendant
 ALBERT JOSEPH MALBROUGH

8  IT IS SO ORDERED.

9  Dated: Aug 3 , 2007.

 _____
 The Hon. D. LOWELL JENSEN
 U.S. District Judge

STIPULATION/[PROPOSED] ORDER

-3-